# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| COMMUNITY BANK OF NORTHERN ) | C.A. 02-1201 |
| VIRGINIA AND GUARANTY BANK ) | C.A. 03-425 |
| SECOND MORTGAGE LITIGATION ) | C.A. 05-589 |
| vs. ) | C.A. 05-590 |
| ) | C.A. 05-688 |
| ) | C.A. 05-1386 |
| ) | |
| Defendant ) | |

**HEARING ON** STATUS CONFERENCE

Before   JUDGE GARY L. LANCASTER

SEE BELOW                                              SEE BELOW

Appear for Plaintiff                                              Appear for Defendant

Hearing Begun   11/4/05 @ 2:23 PM              Hrg Adjourned to

Hrg concluded C.A.V.   11/4/05 @ 3:46 PM   Stenographer   JULIE KIENZLE

**WITNESSE**

For Plaintiff                                              For Defendant

| For Plaintiff | For Defendant |
|---|---|
| John Rittelmeyer, Esq. (03-425) | William Dyess, Esq. (for FDIC) |
| Robert Smith, Esq. (03-425) | Preston Turner, Esq. (for deft. Irwin Bank) |
| Scott Borison, Esq. (05-589 & 05-590) | Larry Elliott, Esq. (for deft. Irwin Bank) |
| Michael Vaughn, Esq. (05-688 & 05-1386) | Douglas Ross, Esq. (for deft. CBNV) |
| Fred Walters, Esq. (05-688 & 05-1386) | David Oberdick, Esq. (for deft. CBNV) |
| David Skeens, Esq. (05-688 & 05-1386) | Thomas Allen, Esq. (for deft. GMAC) |
| Franklin Nix, Esq. (05-688) | Roy Arnold, Esq. (for deft. GMAC) |
| Andrew Hatton, Esq. (05-688) | Ginny Case, Esq. (for deft. GMAC) |
| Bruce Carlson, Esq. (02-1201 & 03-425) | Henry Sneath, Esq. (for Wilshire Funding) |
| Gary Lynch, Esq. (02-1201 & 03-425) | William Ward, Esq. (for Household Inc.) |
| Daniel Myers, Esq. (02-1201 & 03-425) | |

NOTES:
Steering Committee formed and directed to meet re: scheduling order.