# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: )<br>COMMUNITY BANK OF NORTHERN )<br>VIRGINIA AND GUARANTY BANK )<br>SECOND MORTGAGE LITIGATION )<br>vs. )<br>_____ )<br>_____ )<br>_____ )<br>Defendant ) | Civil Action Nos. 02-1201, 03-425,<br>03-1380, 05-589, 05-590, 05-688,<br>05-1386 and 06-768 |

**HEARING ON** STATUS CONFERENCE

Before   JUDGE GARY L. LANCASTER

SEE ATTACHED

| Appear for Plaintiff | Appear for Defendant |
|---|---|
| Hearing Begun   12/1/06 @ 10$^{20}$ AM | Hrg Adjourned to |
| Hrg concluded C.A.V.   12/1/06 @ 11$^{10}$ AM | Stenographer   JULIE KIENZLE |

**WITNESSE**

| For Plaintiff | For Defendant |
|---|---|
| | |

# SIGN-IN SHEET

## Counsel, please sign below and indicate what party, or parties, you represent

| Name | Party/Parties |
|---|---|
| J. Preston Turner | Irwin Union Bank & Trust |
| Fred Walters | Objectors |
| David Skeens | Objectors |
| Tom Allen | Residential Funding Corp. |
| Roy Arnold | Residential Funding Corp. |
| Virginia Cone | Residential Funding Corp. |
| Jerome Pratzell | Bumpers Plaintiffs |
| Robert B. Smith | Bumpers Plaintiff |
| Roy Arnold | RFC |
| Bruce Carton | Plaintiffs |
| Stephanie Golbin | " " |
| Thomas E. Soule | Plaintiffs in Spann et al (06-758) |
| Scott Borison | Objectors |
| Doug Ross | CBNV/Mercantile |
| M. c... | Objectors |
| Knox McLaney | Objectors |
| William A. Dyer | Defendants / FDIC |
| Ginny Cone | Defendant – GMAC RFC |
| Henry Sneath | Wilshire Funding |