## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: COMMUNITY BANK OF NORTHERN VIRGINIA MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1674 |
| | Case No. 02-cv-01201 |
| | Hon. Gary L. Lancaster |

THIS DOCUMENT RELATES TO ALL ACTIONS,
AND IS BEING CONCURRENTLY FILED IN THE FOLLOWING ACTION:

| | |
|---|---|
| In re: COMMUNITY BANK OF NORTHERN VIRGINIA AND GUARANTY NATIONAL BANK OF TALLAHASSEE SECOND MORTGAGE LOAN LITIGATION | Case No. 03-425 |

## ORDER GRANTING
## OBJECTORS' MOTION TO SEAL THEIR RESPONSE
## TO THE SETTLING PARTIES' BRIEF IN SUPPORT OF CERTIFICATION OF A
## SETTLEMENT CLASS AND APPROVAL OF PROPOSED MODIFIED SETTLEMENT

Having considered the *Objectors' Motion to Seal Their Response to the Settling Parties'*

*Brief In Support of Certification of a Settlement Class and Approval of Proposed Modified*

*Settlement*, and for good cause shown, it is hereby ORDERED and DECREED that the

Objectors' Motion is GRANTED.

The Clerk of Court is directed to immediately remove the *Objectors' Response and*

*Opposition to the Settling Parties' Motion for Certification of a Settlement Class and Approval*

*of Proposed Modified Settlement* filed at Case No. 02-1201, Docket Nos. 156 and 157 and Case

No. 03-0425, Docket Nos. 262, 263, 264 from public view and to place the *Response* under

seal pursuant to the Court's *Stipulated Protective Orders* dated November 18, 2003 and March

2, 2006.

Dated this 17th day of May 2007.

BY THE COURT:

Honorable Gary L. Lancaster

cc: All Counsel of Record