# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: )<br>COMMUNITY BANK OF NORTHERN )<br>VIRGINIA AND GUARANTY BANK )<br>SECOND MORTGAGE LITIGATION )<br>vs. )<br>_____ )<br>_____ )<br>_____ )<br>Defendant ) | CIVIL ACTIONS NO. 02-1201, 03-425,<br>03-1380, 05-589, 05-590, 05-688<br>05-1386 & 06-768 |

**HEARING ON**  STATUS CONFERENCE

Before  JUDGE GARY L. LANCASTER

SEE ATTACHED

Appear for Plaintiff     Appear for Defendant

Hearing Begun  8/28/07 @ 10:15 AM      Hrg Adjourned to

Hrg concluded C.A.V.  8/28/07 @ 10:40 AM    Stenographer  JULIE KIENZLE

**WITNESSE**

For Plaintiff        For Defendant

# SIGN-IN SHEET

## Counsel, please print name below and indicate what party, or parties, you represent

| Name | Party/Parties |
|---|---|
| J. Preston Turner | Irwin Union Bank & Trust |
| Claire McGuire | Federal Deposit Ins. Corp. |
| Michael Vaughn | Objectors to settlement |
| F. Douglas Ross | Mercantile |
| Roy Arnold | Residential Funding |
| Tom Allen | Residential Funding |
| Scott Borison | Objectors |
| Bruce Carlson | Bottling Plaintiffs |
| Bridget M. Gillespie | WFC, Inc. |
| Dan Myers | TTs |
| David Manogue | TTs |
| Jerry Hartzell (phone) | Bumpers Group |
| Tom Soule (phone) | Spann TT |