# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: )<br>COMMUNITY BANK OF NORTHERN )<br>VIRGINIA AND GUARANTY BANK )<br>SECOND MORTGAGE LITIGATION )<br>vs. )<br>_____ )<br>_____ )<br>_____ )<br>Defendant ) | C.A. 02-1201, 03-425, 03-1380, 05-589,<br>05-590, 05-688, 05-1386, 06-768 |

**HEARING ON**  CLASS CERTIFICATION & FAIRNESS

Before  JUDGE GARY L. LANCASTER

BRUCE CARLSON, ESQ  
TOM ALLEN, ESQ  

FRED WALTERS, ESQ  
JERRY HARTZELL, ESQ  

Appear for Plaintiff    Appear for Defendant

Hearing Begun  10/9/07 @ 10:02 AM - 11:53 AM    Hrg Adjourned to 10/9/07 AT 12:08 PM

Hrg concluded (C.A.V.) 10/9/07 @ 12:10 AM    Stenographer    PATTY SHERMAN

**WITNESSE**

For Plaintiff    For Defendant