IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                )
                                      )   MDL No. 1674
COMMUNITY BANK OF NORTHERN            )   Case No.
VIRGINIA AND GUARANTY BANK            )   03-425
SECOND MORTGAGE LITIGATION            )

ORDER

AND NOW, this 19th day of February, 2008, pursuant to this court's January 25, 2008 Memorandum and Order [Doc. No. 285], IT IS HEREBY ORDERED THAT if any interested party has comments regarding the Joint Plan of Class Action Settlement Notice [Doc. No. 287] these comments must be filed with the court on or before February 22, 2008.

BY THE COURT:

/s/ Gary L. Lancaster, J.

Hon. Gary L. Lancaster,
United States District Judge

cc:     All Counsel of Record