# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: )<br>COMMUNITY BANK OF NORTHERN )<br>VIRGINIA AND GUARANTY BANK )<br>SECOND MORTGAGE LITIGATION )<br>vs. )<br>_____ )<br>_____ )<br>_____ )<br>Defendant ) | CIVIL ACTION NO. 03-425 |

**HEARING ON** MOTION FOR INJUNCTION AGAINST BUMPERS PLAINTIFFS' LITIGATION IN NORTH CAROLINA

Before  JUDGE GARY L. LANCASTER

SEE BELOW                                                         SEE BELOW

Appear for Plaintiff                                              Appear for Defendant

Hearing Begun   3/19/08 @ 11:07 AM          Hrg Adjourned to

Hrg concluded C.A.V.  3/19/08 @ 11:26 AM    Stenographer   PATTY SHERMAN

**WITNESSE**

For Movants                                                       For Respondents

BRUCE CARLSON, ESQ.                                               JEROME HARTZELL, ESQ.
DANIEL MYERS, ESQ.                                                ROBERT SMITH, ESQ.
THOMAS ALLEN, ESQ.                                                MALLAM MAYNARD, ESQ.
DOUGLAS ROSS, ESQ.

For North Carolina Attorney General

GARY GOVERT, ESQ.
PHIL LEHMAN, ESQ.

Written response to Motion for Injunction
(doc. #305) due from respondents on
March 24, 2008