# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: )
COMMUNITY BANK OF NORTHERN )
VIRGINIA AND GUARANTY BANK )
SECOND MORTGAGE LITIGATION )
vs. )          CIVIL ACTION NO. 03-425
)
)
)
Defendant )

**HEARING ON** STATUS CONFERENCE RE: NORTH CAROLINA

Before JUDGE GARY L. LANCASTER

BRUCE CARLSON, ESQ.                JEROME HARTZELL, ESQ.
THOMAS ALLEN, ESQ.

Appear for Plaintiff                        Appear for Defendant

Hearing Begun 3/20/08 @ 2:19 PM        Hrg Adjourned to

Hrg concluded C.A.V. 3/20/08 @ 2:22 PM   Stenographer   PATTY SHERMAN

**WITNESSE**

For Movants                                For Respondents

No MODIFICATION WILL BE

MADE TO THE CLASS-ACTION

NOTICE