UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | MDL No. 1674 |
| COMMUNITY BANK OF NORTHERN ) | Case No. 03-425 |
| VIRGINIA AND GUARANTY ) | |
| NATIONAL BANK SECOND ) | The Honorable Gary L. Lancaster |
| MORTGAGE LITIGATION ) | |

**MOTION FOR ADMISSION OF
DARRYL J. MAY TO PRACTICE PRO HAC VICE**

Defendant, PNC Bank, N.A. ("PNC"), by its undersigned counsel, hereby moves for the admission of Darryl J. May, of the firm of Ballard Spahr Andrews & Ingersoll, LLP, to practice *pro hac vice* as counsel for CBNV in this action. In support of this Motion, CBNV states as follows:

1. Darryl J. May is licensed to practice before the Supreme Court of Pennsylvania, and he is a member in good standing of the Pennsylvania Bar. Other bar admissions are as set forth in Mr. May's Declaration, which is attached hereto as Exhibit A.

2. PNC has requested that Mr. May be allowed to represent it in this litigation.

3. If admitted to practice *pro hac vice* in this action, Mr. May understands that he must submit to the jurisdiction of this Court and will comply with all of its rules and procedures.

WHEREFORE, PNC respectfully requests entry of the attached proposed Order authorizing the special admission of Mr. May to practice in this proceeding.

Respectfully submitted,

Date: June 17, 2008

/s/ *David G. Oberdick.*
David G. Oberdick
Meyer Unkovic & Scott LLP
1300 Oliver Building
Pittsburgh, PA  15222
412-456-2800
dgo@muslaw.com

Attorneys for Defendant
PNC Bank, N.A.

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I caused a true and correct copy of the foregoing Motion for Admission of Darryl J. May to Practice Pro Hac Vice to be served upon all counsel of record via ECF, and such document is available for viewing and downloading from the ECF system:

Date: June 17, 2008              /s/ David G. Oberdick