IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: )
COMMUNITY BANK OF NORTHERN )
VIRGINIA AND GUARANTY BANK )
SECOND MORTGAGE LITIGATION )
vs. )            C.A. 03-425
_____ )
_____ )
_____ )
Defendant )

HEARING ON  CLASS ACTION SETTLEMENT

Before  JUDGE GARY L. LANCASTER

BRUCE CARLSON, ESQ.                              FREDERICK WALTERS, ESQ.
THOMAS ALLEN, ESQ.                               FRANKLIN NIX, ESQ.
                                                 SCOTT BORISON, ESQ.
                                                 JEROME HARTZELL, ESQ.

Hearing Begun  6/30/08 @ 9:45 AM – 11:55 AM      Hrg Adjourned to  6/30/08 @ 12:11 PM

Hrg concluded (C.A.V.)  6/30/08 @ 1:25 PM        Stenographer  PATTY SHERMAN

**WITNESSE**

For Plaintiff                                    For Defendant

ARGUMENT TAKEN UNDER
ADVISEMENT