AND NOW, THIS 24th DAY OF July 08, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

*GK Lancaster*
GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE

United States District Court
Western District of Pennsylvania

In Re: Community Bank of Northern Virginia and Guaranty Bank Second Mortgage Litigation

Jonathan Lee Riches, Intervenor

MDL NO: 1674   CASE NO: 03-425

**FILED**
JUL 24 2008
CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Motion for Reconsideration & Clarification
Motion to Intervene as Plaintiff under Fed R. civ P rule 24(A)2, 24(B)
Motion to Enforce consent decree / Motion to Amend complaint

Comes now the Plaintiff, intervenor, Jonathan Lee Riches, represented by the Law offices of David Andrew Price, Esq. Washington Legal foundation, moves this honorable Court for a motion for reconsideration to allow Riches to Intervene in this litigation and compel defendants to follow the consent decree which they continue to violate. Riches moves to intervene as a Plaintiff under Fed R. civ P rule 24(A)2 - as a matter of right - or rule 24(B) - permissive Intervention. Riches has a interest in this case. Riches was convicted of mortgage fraud and has first hand Knowledge of defendants illegal practices and continue lending to debt-laden homeowners. Riches is at FCI Williamsburg, he and other Inmates received high interest loan offers in the mail by defendants, as they Know Plaintiff Riches and Inmates are in prison and can't afford the loan. Defendants are offering loans with CBNV and GNBT Banks. Riches has information, documents and can be reached or called below. Riches prays this Honorable Court will grant his motions for relief.

Jonathan Lee Riches
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590
843-387-9400

respectfully,

*[signature]*
7-19-08

David Andrew Price, Esq  Washington Legal Foundation
4620 Brandywine St. NW
Washington, DC 20016