IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: COMMUNITY BANK OF NORTHERN VIRGINIA MORTGAGE LENDING PRACTICES LITIGATION | MDL No. 1674 Civ. Action Nos. 02-1201, 03-425 05-688, 05-1386 |
| THIS MOTION RELATES TO ALL CASES | HON. GARY L. LANCASTER FILED ELECTRONICALLY |

## ORDER

AND NOW, this 11 day of Oct, 2011, upon consideration of Defendants' Consent Motion Regarding Timing of Defendants' Motions to Dismiss in Relation to Filing of Plaintiffs' RICO Case Statement, it is hereby ORDERED that the Motion is GRANTED, and that defendants shall have twenty-one (21) days from the filing of plaintiffs' RICO Case Statement to file their motions to dismiss.

BY THE COURT:

_____
                                    J.