IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: COMMUNITY BANK OF NORTHERN VIRGINIA MORTGAGE LENDING PRACTICES LITIGATION<br><br>THIS MOTION RELATES TO ALL ACTIONS | MDL NO. 1674<br><br>CASE NO. 02-01201,<br>CASE NO. 03-0425,<br>CASE NO. 05-0688, and<br>CASE NO. 05-1386<br><br>HON. GARY L. LANCASTER<br><br>FILED ELECTRONICALLY |

**MOTION OF DEFENDANTS RESIDENTIAL FUNDING COMPANY, LLC, PNC BANK, N.A., AND FEDERAL DEPOSIT INSURANCE CORP. AS RECEIVER FOR GUARANTY NATIONAL BANK OF TALLAHASSEE AND AS RECEIVER FOR IRWIN UNION BANK AND TRUST COMPANY FOR A STAY OF DISCOVERY AND INITIAL DISCLOSURES PENDING DISPOSITION OF MOTIONS TO DISMISS**

Defendants, by their undersigned counsel, hereby move for a stay of discovery and to postpone the defendants' Rule 26 Initial Disclosures pending disposition of the Defendants' Motions to Dismiss. In support thereof, Defendants rely on the accompanying Brief.

AND NOW, THIS 10th DAY OF Nov, 11, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

/s/ Gary L. Lancaster
GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE