IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| IN RE: | COMMUNITY BANK OF | ) | MDL No. 1674 |
| | NORTHERN VIRGINIA | ) | Civ. Action Nos. |
| | MORTGAGE LENDING | ) | 02-1201, 03-425, |
| | PRACTICES LITIGATION | ) | 05-688, 05-1386 |

ORDER

AND NOW, this 21st day of February, 2012, upon consideration of Defendant FDIC's Motion for Reconsideration re Order on Motion Denying Motion for Stay Discovery Pending Ruling on FDIC-Receiver's Motions to Dismiss for Lack of Subject Matter Jurisdiction [Doc. No. 525} IT IS HEREBY ORDERED THAT the motion is DENIED.

BY THE COURT,

_____, C.J.

cc: All Counsel of Record

1