## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: COMMUNITY BANK OF NORTHERN VIRGINIA MORTGAGE LENDING PRACTICES LITIGATION | MDL NO. 1674<br>FILED IN MASTER FILE-<br>CASE NO. 03-0425<br><br>Per 9/20/11 Order applicable to:<br><br>CASE NO. 03-0425<br>CASE NO. 02-1201<br>CASE NO. 05-0688<br>CASE NO. 05-1386<br><br>HON. GARY L. LANCASTER<br>FILED ELECTRONICALLY |

### ORDER

UPON CONSIDERATION of the Motion To Dismiss Plaintiffs' Joint Consolidated Amended Class Action Complaint And To Dismiss Or Strike The Plaintiffs' Class Action Claims And Certain Prayers For Relief as to FDIC-Receiver of IUBT (the "FDIC-IUBT's Motion to Dismiss") filed herein by Federal Deposit Insurance Corporation, in its capacity as Receiver for Irwin Union Bank and Trust Company, the parties' briefing with respect thereto and argument of counsel, it is this 29th day of FEBRUARY, 2012, IT IS HEREBY ORDERED that:

1. FDIC-IUBT's Motion to Dismiss BE AND HEREBY IS GRANTED for the reasons stated in the memoranda filed by the FDIC-Receiver for IUBT in support thereof; and

2. All claims asserted by the Named Plaintiffs for themselves and on behalf of a putative class against FDIC-Receiver for IUBT BE AND HEREBY ARE DISMISSED, *without leave to amend* and without prejudice.

_____
Judge Gary L. Lancaster