IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | COMMUNITY BANK OF ) | MDL No. 1674 |
| | NORTHERN VIRGINIA ) | Civ. Action Nos. |
| | MORTGAGE LENDING ) | 02-1201, 03-425, |
| | PRACTICES LITIGATION ) | 05-688, 05-1386 |

ORDER

AND NOW, this 1st day of June, 2012, in advance of the oral argument on the outstanding motions to dismiss scheduled before this Court on Tuesday, June 26, 2012 at 10:00 a.m., IT IS HEREBY ORDRERED THAT in addition to the issues identified in their motions to dismiss and responses thereto, the parties should be prepared to address the following:

(1) The effect of the Notice of Bankruptcy and effect of Automatic Stay [Doc. No. 564] filed by Residential Funding Company, LLC on this litigation;

(2) The effect of Freeman, et al. v. Quicken Loans, Inc., ___ S.Ct. ___, 2012 WL 1868063 (2012) on plaintiffs' claims brought pursuant to the Real Estate Settlement Procedures Act, 12 U.S.C. § 2607.

BY THE COURT,

s/Gary L. Lancaster, C.J.

cc: All Counsel of Record