IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | COMMUNITY BANK OF | ) | MDL No. 1674 |
| | NORTHERN VIRGINIA | ) | Civ. Action Nos. |
| | MORTGAGE LENDING | ) | 02-1201, 03-425, |
| | PRACTICES LITIGATION | ) | 05-688, 05-1386 |

ORDER

AND NOW, this 18th day of September, 2012, the Court having been advised that defendant Residential Funding Company, LLC has filed for bankruptcy in the United States Bankruptcy Court for the Southern District of New York at Case No. 12-12020, and as no further action can be taken at this time as to this defendant, pursuant to 11 U.S.C. § 362, IT IS HEREBY ORDERED that the Clerk of Court mark the above captioned case closed as to defendant Residential Funding Company, LLC <u>only</u>.

Nothing contained in this order shall be considered a dismissal or disposition of this matter and, should further proceedings in it become necessary or desirable, any party may initiate it in the same manner as if this order had not been entered.

BY THE COURT,

_____, C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge

cc: All Counsel of Record