IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: COMMUNITY BANK OF NORTHERN VIRGINIA MORTGAGE LENDING PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | MDL NO. 1674<br><br>CASE NO. 03-0425, and<br>CASE NO. 05-0688<br><br>Hon. Arthur J. Schwab<br><br>ELECTRONICALLY FILED |

## ORDER OF COURT

AND NOW, this 13th day of May, 2016, upon consideration of the Parties' Stipulation to File Confidential Discovery Materials Under Seal (the "Stipulation"), it is hereby ORDERED, ADJUDGED and DECREED, that Plaintiffs, on behalf of the General Class and each of the Sub-Classes, are hereby permitted to file under seal the portions of Plaintiffs' Concise Statement of Additional Material Facts and Appendix related to Plaintiffs' Memorandum in Opposition to Motion of Defendant PNC Bank, National Association for Summary Judgment and Plaintiffs' Memorandum in Opposition to Motion of PNC Bank, National Association to Decertify Class identified as the Confidential Items in the Stipulation.

BY THE COURT:

*Arthur J. Schwab*
Arthur J. Schwab
United States District Judge