UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 17-3012
_____

IN RE: COMMUNITY BANK OF NORTHERN VIRGINIA
MORTGAGE LENDING PRACTICES LITIGATION

*Specter Specter Evans & Manogue,
     Appellant

*(Pursuant to Fed. R. App. P. 12(a)
_____

Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. No. 2-03-cv-00425)
District Judge: Honorable Arthur J. Schwab
_____

Argued October 2, 2018
_____

Before: SHWARTZ, ROTH, and FISHER, Circuit Judges.
_____

JUDGMENT
_____

This cause came to be considered on the record of the United States District Court for the Western District of Pennsylvania and was argued on October 2, 2018.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the June 27, 2017 Order of the District Court exercising ancillary jurisdiction is REVERSED; and the June 27, 2017 Order staying the state court proceeding and the August 23, 2017 Order confirming Carlson's fees are VACATED, and the stay is lifted. Costs will not be taxed. All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: December 20, 2018